NUMBER 13-07-152-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE DANEEN HARRIS


____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Benavides, and Vela


Per Curiam Memorandum Opinion (1)



 Relator, Daneen Harris, filed a petition for writ of mandamus and motion for
temporary relief in the above cause on March 12, 2007. The Court, having examined
and fully considered the petition for writ of mandamus and motion for temporary relief
is of the opinion that relator has not shown herself entitled to the relief sought. 
Accordingly, the petition for writ of mandamus and motion for temporary relief are
DENIED. See Tex. R. App. P. 52.8(a). 


 PER CURIAM



Memorandum Opinion delivered and 

filed this 15th day of March, 2007.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).